UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DOMINIQUE DARNELL ROBINSON,
        Petitioner,

v.                                  Case No. 12-C-0509

MICHAEL MEISNER, Warden,
Columbia Correctional Institution,
        Respondent.

## ORDER

Dominque Darnell Robinson has filed a habeas petition under 28 U.S.C. § 2254. On June 15, 2012, Magistrate Judge Goodstein reviewed the petition pursuant to Rule 4 of the Rules Governing § 2254 Cases and ordered the respondent to file an answer. The case has since been reassigned to me due to non-consent, and the respondent has filed his answer. Magistrate Judge Goodstein did not set a briefing schedule, but it is my usual practice in all habeas cases to request that the parties file briefs. Therefore, **IT IS ORDERED** that the parties shall abide by the following briefing schedule:

    (1) Petitioner shall file his brief in support of his petition within forty-five days of the date of this order.

    (2) Respondent shall file his brief in opposition to the petition within forty-five days following the filing of petitioner's initial brief.

    (3) Petitioner shall have thirty days following the filing of respondent's opposition brief within which to file a reply brief, if any.

Pursuant to Civil L.R. 7(f), the following page limitations apply: briefs in support of or in opposition to the habeas petition must not exceed thirty pages and reply briefs must not exceed fifteen pages, not counting any statements of facts, exhibits, and affidavits.

Dated at Milwaukee, Wisconsin, this 26th day of October, 2012.

           s/ Lynn Adelman
           _____
           LYNN ADELMAN
           District Judge